**MD JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN NEWMAN, | CASE NO.: CV06-2748 GW(SHx) |
| Plaintiff, | **Assigned to Judge George H. Wu** |
| vs. | [Case Filed 5/4/06] |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA, DEPUTY JOHN DOE ROMERO, DEPUTY JOHN DOE RODRIGUEZ, DEPUTY JOHN DOE MARTINEZ, and DOES 4 through 10, inclusive, | **DEFENDANTS' JUDGMENT FOLLOWING JURY VERDICT**<br><br>**Trial: January 8, 2008** |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The above-entitled action came on regularly for trial on January 8, 2008, at 9:00 a.m., in Courtroom "10" of the United States District Court, Central District, Western Division, with The Honorable George H. Wu, presiding. Plaintiff JUSTIN NEWMAN was represented by and through his attorneys of record, Anne Richardson, Esq. and Sanjukta Paul, Esq. of Hadsell & Stormer, Inc. and Joshua Piovia-Scott, Esq. of The Law Offices of Randy Renick. Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARK ROMERO, and DEPUTY JUAN RODRIGUEZ were represented

by and through their attorneys of record, Thomas C. Hurrell, Esq. and Rittu Kumar, Esq., of Hurrell Cantrall, LLP.

  A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was instructed by the Court and the cause was submitted to the jury with directions to return a Special Verdict as to the claims against defendants DEPUTY MARK ROMERO and DEPUTY JUAN RODRIGUEZ. The Court advised the jury that it would determine the liability of defendants COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, if any, based on their findings of liability, if any, against defendants DEPUTY MARK ROMERO and/or DEPUTY JUAN RODRIGUEZ. The jury deliberated and thereafter returned to Court on January 16, 2008, with a 8-0 verdict in favor of defendants DEPUTY MARK ROMERO and DEPUTY JUAN RODRIGUEZ.

  Specifically, the jury found in favor of defendants DEPUTY MARK ROMERO and DEPUTY JUAN RODRIGUEZ on the special verdict with respect to the following questions submitted:

<u>EXCESSIVE FORCE CLAIM</u>

Did Deputy Mark Romero and/or Deputy Juan Rodriguez use excessive force against plaintiff Justin Newman in violation of his 14th Amendment constitutional rights pursuant to 42 U.S.C. §1983?

  Please answer separately as to each individual defendant:

  a. Deputy Mark Romero

   YES _____   NO __X__

  b. Deputy Juan Rodriguez

   YES _____   NO __X__

<u>BATTERY CLAIM</u>

Did Deputy Mark Romero and/or Deputy Juan Rodriguez batter Justin Newman by using unreasonable force in regards to the March 7, 2005 incident?

Please answer separately as to each individual defendant:

a. Deputy Mark Romero

YES _____   NO__X_____

b. Deputy Juan Rodriguez

YES _____   NO__X_____

The jury did not reach a finding as to the Banes Act claim for violation of California <u>Civil Code</u> section 52.1 against DEPUTY MARK ROMERO and/or DEPUTY JUAN RODRIGUEZ, given its findings in favor of DEPUTY MARK ROMERO and DEPUTY JUAN RODRIGUEZ on plaintiff JUSTIN NEWMAN's excessive force claim.

In addition, given that the jury did not reach a finding as to the Banes Act claim and found in favor of defendants DEPUTY MARK ROMERO and DEPUTY JUAN RODRIGUEZ on plaintiff JUSTIN NEWMAN's battery claim, the Court hereby finds defendants COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT not liable to plaintiff JUSTIN NEWMAN for his battery claim and does not reach a finding as to defendants COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT's liability for plaintiff JUSTIN NEWMAN's Banes Act claim.

It appearing by reason of said verdict that defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARK ROMERO, and DEPUTY JUAN RODRIGUEZ are entitled to judgment against plaintiff  JUSTIN NEWMAN,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff JUSTIN

1  NEWMAN shall take nothing from defendants COUNTY OF LOS ANGELES, LOS
2  ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARK ROMERO,
3  and DEPUTY JUAN RODRIGUEZ, and that costs are awarded to defendants as
4  determined by the cost bill to be submitted by defendants.

7  DATED: February 25, 2008       _____
                                   GEORGE H. WU
8                                  JUDGE OF THE UNITED STATES
                                   DISTRICT COURT